1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| CAMERON ANTHONY MORRIS, | No. CV 24-4036-RGK(E) |
|---|---|
| Plaintiff, | |
| v. | JUDGMENT |
| M. SALAZAR, ET AL., | |
| Defendants. | |

IT IS ADJUDGED that the action is dismissed without prejudice.

DATED: October 1, 2024  _____

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE